UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SOCIAL LIFE NETWORK, INC.,<br><br>　　　　　　　*Plaintiff*,<br><br>v.<br><br>PEAK ONE OPPORTUNITY FUND, L.P.<br>and JASON GOLDSTEIN,<br><br>　　　　　　　*Defendants*. | CIVIL ACTION NO. 1:21-cv-21373-DPG<br><br>PRAECIPE |

  Plaintiff Social Life Network, Inc., through undersigned counsel, respectfully informs the Court of its intention to file an Amended Complaint on or before Friday, July 2, 2021. *See* Federal Rule of Civil Procedure 15(a)(1)(B).

DATED: June 28, 2021          Respectfully submitted,

                     */s/ Brenda L. Hamilton*
                     Brenda L. Hamilton, Esq.
                     Florida Bar: 0004618
                     **THE BASILE LAW FIRM, P.C.**
                     365 Fifth Avenue South, Suite 201
                     Naples, FL 34103
                     Tel.:   (239) 232-8400
                     Email:  brenda@thebasilelawfirm.com

                     Mark R. Basile, Esq. (*pro hac vice*)
                     Marjorie M. Santelli, Esq. (*pro hac vice*)
                     Jacques P. Lerner, Esq. (*pro hac vice*)
                     Eric J. Benzenberg, Esq. (*pro hac vice*)
                     Gustave P. Passanante, Esq. (*pro hac vice*)
                     Catherine Gratschel, Esq. (*pro hac vice*)
                     **THE BASILE LAW FIRM, P.C.**
                     390 N. Broadway, Ste. 140

>            Jericho, NY 11753
> Tel.:    (516) 455-1500 x110
> Email:  mark@thebasilelawfirm.com
>            marjorie@thebasilelawfirm.com
>            jack@thebasilelawfirm.com
>            eric@thebasilelawfirm.com
>            gus@thebasilelawfirm.com
>            cat@thebasilelawfirm.com