UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

Case No. 1:21-cv-21373-GAYLES

SOCIAL LIFE NETWORK, INC.,

        Plaintiff,

v.

PEAK ONE OPPORTUNITY FUND, L.P., *et al.*,

        Defendants.

## DECLARATION OF BRIAN A. RICHMAN

I, Brian A. Richman, declare and state as follows:

1. I am an attorney at Gibson, Dunn & Crutcher LLP, counsel for Defendants Peak One Opportunity Fund, L.P. and Jason Goldstein (collectively, "Defendants") in the above-referenced matter. I make this Declaration in opposition to Plaintiff Social Life Network, Inc.'s ("Social Life") motion for leave to amend, and in support of Defendants' motion for sanctions under 28 U.S.C. § 1927. I have personal knowledge of the facts stated in this Declaration, and, if called upon, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is an excerpt of a true and correct copy of Social Life's Form 10-K, publicly filed with the Securities and Exchange Commission ("SEC") on March 15, 2019.

3. Attached hereto as **Exhibit 2** is an excerpt of a true and correct copy of Social Life's Form 10-Q, publicly filed with the SEC on November 14, 2019.

4. Attached hereto as **Exhibit 3** is an excerpt of a true and correct copy of Social Life's Form 10-Q, publicly filed with the SEC on May 3, 2019.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit 4.2 to Social Life's Form S-1, publicly filed with the SEC on January 25, 2018.

6. Attached hereto as **Exhibit 5** is an excerpt of a true and correct copy of Social Life's Form 10-Q, publicly filed with the SEC on June 29, 2020.

7. Attached hereto as **Exhibit 6** is an excerpt of a true and correct copy of Social Life's Form 10-Q, publicly filed with the SEC on November 16, 2020.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the April 19, 2021 letter from counsel for Defendants to counsel for Social Life informing counsel for Social Life of the multiple factual and legal defects in its pleading.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the May 14, 2021 letter from counsel for Social Life to counsel for Defendants stating that Social Life's claims are asserted in good faith and are well-founded in fact and law.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Yahoo! Finance's record and representation of Social Life's stock price between April 9, 2019 and August 5, 2021, available at https://tinyurl.com/4h7z69rs (last visited August 5, 2021).

11. Attached hereto as **Exhibit 10** is an excerpt of a true and correct copy of Social Life's Form 10-Q, publicly filed with the SEC on May 26, 2021.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the "About Us" page on Social Life's website, available at https://www.socialnetwork.ai/about-wdlf (last visited August 5, 2021).

13. Attached hereto as **Exhibit 12** is a true and correct copy of a document titled "Correspondence Filed on EDGAR" that Social Life publicly filed with the SEC on July 9, 2018.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the Memorandum of Law in Support of Plaintiff's Motion Seeking to Vacate Judgment and Seeking a Preliminary Injunction and Temporary Restraining Order that the Basile Law Firm filed in *Gankaku Living Trust v. Life on Earth, Inc.*, No. 655189/2019 (N.Y. Sup. Ct.) on July 23, 2020.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the Defendant's Opposition to Plaintiff's Motion for Summary Judgment filed in *Gankaku Living Trust v. Life on Earth, Inc.*, No. 655189/2019 (N.Y. Sup. Ct.) on December 4, 2019.

16. Attached hereto as **Exhibit 15** is a true and correct copy of GeneSys ID, Inc. f/k/a RX Safes, Inc's First Amended Memorandum of Law in Opposition to Motion for Summary Judgment of Plaintiff filed by the Basile Law Firm in *Adar Bays, LLC v. GeneSys ID, Inc.*, No. 1:17-cv-1175 (S.D.N.Y.) on February 14, 2018, available at ECF No. 59.

17. Attached hereto as **Exhibit 16** is an excerpt of a true and correct copy of GeneSys ID, Inc.'s Form 10-Q, publicly filed with the SEC on November 21, 2016.

I declare under penalty of perjury that the foregoing is true and correct. This Declaration is executed on this 5th day of August, 2021, in Washington, D.C.

By: *Brian Richman*
Brian A. Richman