UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-21373-GAYLES/TORRES

SOCIAL LIFE NETWORK, INC.,

        Plaintiff,

v.

PEAK ONE OPPORTUNITY FUND,
L.P., et al.,

        Defendants.

_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the reasons stated in the Court's Order Granting Defendants' Motion to Dismiss Second Amended Complaint [ECF No. 78], judgment is entered in favor of Defendants Peak One Opportunity Fund, L.P., Peak One Investments, LLC, Jason Goldstein, and J.H. Darbie & Co., and against Plaintiff Social Life Network, Inc.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of April, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE