# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SOCIAL LIFE NETWORK, INC., a Nevada Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>PEAK ONE OPPORTUNITY FUND, L.P., a Delaware Limited Partnership, JASON C. GOLDSTEIN, an individual, PEAK ONE INVESTMENTS, LLC, a Delaware Limited Liability Company, and J.H. DARBIE & CO., a New York Corporation,<br><br>*Defendants*. | Civil Action No. 1:21-cv-21373-DPG<br><br>MOTION TO WITHDRAW AS COUNSEL FOR SOCIAL LIFE NETWORK, INC. |

Pursuant to Rule 11.1(d)(3) of the Local Rules of the United District Court for the Southern District of Florida and Rule 4-1.16(b) of the Rules Regulating the Florida Bar, Jacques P. Lerner, Esq., admitted *pro hac vice* before this Court, hereby moves this Court to withdraw as counsel for the plaintiff herein, Social Life Network, Inc., and to have no further responsibility to represent plaintiff in this matter upon further order of this Court, and in support states as follows:

1. Attorneys Agapija Cruz, Esq., Mark R. Basile, Esq., Marjorie Santelli, Esq., Eric J. Benzenberg, Esq., Gustave P. Passanante, Esq. and The Basile Law Firm ("TBLF") currently represent plaintiff in the above-captioned case.

2. The undersigned was previously employed by TBLF and during that time represented plaintiff.

3. The undersigned is no longer associated with TBLF.

4. Pursuant to Rule 11.1(d)(3) of the Local Rules of the United District Court for the Southern District of Florida and Rule 4-1.16(b) of the Rules Regulating the Florida Bar, a lawyer may withdraw from representing a client if: "(1) withdrawal can be accomplished without material adverse effect on the interests of the client."

5. Given the circumstances outlined above, Jacques P. Lerner requests permission to withdraw from representing plaintiff and further requests that he be relieved of all further responsibility in the representation of plaintiff.

6. Agapija Cruz, Esq., Mark R. Basile, Esq., Marjorie Santelli, Esq., Eric J. Benzenberg, Esq., Gustave P. Passanante, Esq. and TBLF will continue to represent plaintiff in this matter.

7. The current mailing address for plaintiff is 6400 S. Fiddlers Green Cir. Suite #180, Greenwood Village, CO 80111.

8. This Motion is not filed for dilatory purposes.

9. On August 7, 2023 in accordance with Local Rule 7.1(a)(3), the undersigned emailed Defendants' counsels, Barry Goldsmith, Helgi Walker, Johnathan Seibald, Brian Richman. Defendants' counsels did not object to the relief sought herein.

WHEREFORE, the undersigned attorney respectfully requests that this Court enter an Order granting the withdrawal of Jacques P. Lerner as *pro hac vice* counsel of record for plaintiff, Social Life Network, Inc., relieving him of all further responsibility in the representation of plaintiff, and any other relief that this Court deems just and proper.

DATED: August 11, 2023

Respectfully submitted,

By: _____
Jacques P. Lerner, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record, including the following:

**Michael C. Barnhill**
Michael Best & Friedrich, LLP
750 E. Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
(801) 833-0500
mcbarnhill@michaelbest.com
*Counsel for defendant JH Darbie & Co*.

**Mark R. Basile**
The Basile Law Firm
390 N. Broadway, Suite 140
Jericho, NY 11753
(516) 455-1500
mark@thebasilelawfirm.com
*Counsel for plaintiff Social Life Network, Inc.*

**Eric J. Benzenberg**
The Basile Law Firm P.C.
390 N. Broadway, Suite 140
Jericho, NY 11753
(516) 455-1500
eric@thebasilelawfirm.com
*Counsel for plaintiff Social Life Network, Inc.*

**Agapija Cruz**
The Basile Law Firm P.C.
365 Fifth Ave. S
Naples, FL 34102
239-232-8400
agapija@thebasilelawfirm.com
*Counsel for plaintiff Social Life Network, Inc.*

**Barry Goldsmith**
Gibson, Dun & Crutcher LLP
200 Park Avenue
New York, NY 10166
bgoldsmith@gibsondunn.com
*Counsel for defendants Peak One*
*Opportunity Fund, L.P. and Jason Goldstein*

**Michael Brandon Green**
Gunster, Yoakley & Stewart, P.A.
Brickell World Plaza, Suite 3500
600 Brickell Avenue
Miami, FL 33131
305-376-6000
305-376-6010 (fax)
mgreen@gunster.com
*Counsel for defendant JH Darbie & Co.*

**Gustave P. Passanante**
The Basile Law Firm P.C.
390 N. Broadway, Suite 140
Jericho, NY 11753
(516) 455-1500
gus@thebasilelawfirm.com
*Counsel for plaintiff Social Life Network, Inc.*

**Mark James Ragusa**
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street
Ste 1500
Tampa, FL 33602
813-222-6619
813-228-6739 (fax)
mragusa@gunster.com
*Counsel for defendant JH Darbie & Co.*

**Aaron Rene Resnick**
Aaron Resnick Law Offices
100 N. Biscayne Blvd
Suite 1607
Miami, FL 33132
305-672-7495
305-672-7496 (fax)
aresnick@thefirmmiami.com
*Counsel for defendants Peak One*
*Opportunity Fund, L.P. and Jason Goldstein*

And a copy was sent by U.S. Mail to:

Social Life Network, Inc.

<u>6400 S. Fiddlers Green Cir., Suite #180</u>

<u>Greenwood Village, CO 80111</u>
*Via Certified Mail*
*Return Receipt Request*

<u>*/s/Agapija Cruz*</u>
Name: Agapija Cruz, Esq.
Florida Bar No. 1027984