**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(MIAMI DIVISION)**

Case No. 1:21-cv-21373-GAYLES-TORRES

SOCIAL LIFE NETWORK, INC.,

    Plaintiff/Judgment Debtor,

v.

PEAK ONE OPPORTUNITY FUND, L.P., *et al.*,

    Defendants/Judgment Creditors,

and

WELLS FARGO BANK, N.A.,

    Garnishee.

## NOTICE OF COMPLIANCE PURSUANT TO FLORIDA STATUTE SECTION 77.055

Pursuant to Florida Statutes Section 77.055, Defendants/Judgment Creditors, Peak One Opportunity Fund, L.P., Peak One Investments, LLC, and Jason Goldstein, by and through their undersigned counsel, hereby file their Notice of Compliance, and state that a true copy of the Answer of Garnishee received on October 6, 2023 in this cause has been mailed to the Plaintiff/Judgment Debtor, Social Life Network, Inc., at 8100 E. Union Avenue, Suite 1809, Denver, CO 80237, and to Plaintiff/Judgment Debtor, Social Life Network, Inc., c/o Agapija Cruz, Esq., at 365 Fifth Avenue S., Suite 202, Naples, Florida 34102, as well as electronically mailed to the Plaintiff/Judgment Debtor, Social Life Network, Inc.'s counsel of record at agapija@thebasilelawfirm.com, mark@thebasilelawfirm.com, marjorie@thebasilelawfirm.com, gus@thebasilelawfirm.com, and eric@thebasilelawfirm.com.

You are hereby notified that you must move to dissolve the Writ of Garnishment within twenty (20) days after the date indicated on the certificate of service, if any allegation in the Plaintiff's Motion for Writ of Garnishment is untrue, or be defaulted.

Respectfully submitted,

 */s/ Aaron Resnick*
Aaron Resnick (Fla. Bar No. 141097)
LAW OFFICES OF AARON RESNICK, P.A.
100 Biscayne Blvd., Suite 1607
Miami, FL 33132
(305) 672-7495
aresnick@thefirmmiami.com
e-file@thefirmmiami.com

*Attorney for the Defendants/Judgment Creditors, Peak One Opportunity Fund, L.P., Peak One Investments, LLC, and Jason Goldstein*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October 2023, I electronically filed a copy of the foregoing document through the Court's CM/ECF System, which will send notifications of the filing to all counsel of record.

 */s/ Aaron Resnick*
Aaron Resnick (Fla. Bar No. 141097)
LAW OFFICES OF AARON RESNICK, P.A.