UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

Case No. 1:21-cv-21373-GAYLES-TORRES

SOCIAL LIFE NETWORK, INC.,

        Plaintiff,

v.

PEAK ONE OPPORTUNITY FUND, L.P.,
PEAK ONE INVESTMENTS, LLC, and
JASON GOLDSTEIN,

        Defendants.

## SATISFACTION OF JUDGMENT

The undersigned, PEAK ONE OPPORTUNITY FUND, L.P., PEAK ONE INVESTMENTS, LLC, and JASON GOLDSTEIN, the Defendants in the above-captioned action, hereby notify this Court that the Final Judgment for the Defendants (the "Judgment") entered in this case against the Plaintiff, SOCIAL LIFE NETWORK, INC, on April 12, 2023 has been fully satisfied by the Plaintiff, SOCIAL LIFE NETWORK, INC. The Defendants, PEAK ONE OPPORTUNITY FUND, L.P., PEAK ONE INVESTMENTS, LLC, and JASON GOLDSTEIN, hereby authorize and direct the Clerk of the Court to cancel the Judgment as to them only. This Satisfaction of Judgment does not impact the Final Judgment for the co-defendant, J.H. Darbie & Co., entered in this case on April 12, 2023 against the Plaintiff, SOCIAL LIFE NETWORK, INC., which remains unaffected by this action.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

WITNESS my hand and seal this  23rd  day of October, 2023

PEAK ONE OPPORTUNITY FUND, L.P.

*Brian Gonzalez*
(Witness)

*Jason Goldstein*

By: Jason Goldstein
Its: Managing Member

*Kristen Gonzalez*
(Witness)

PEAK ONE INVESTMENTS, LLC

*Brian Gonzalez*
(Witness)

*Jason Goldstein*

By: Jason Goldstein
Its: Managing Member

*Kristen Gonzalez*
(Witness)

*Brian Gonzalez*
(Witness)

*Jason Goldstein*

JASON GOLDSTEIN

*Kristen Gonzalez*
(Witness)

State of Virginia )
County of Alexandria City ) SS:
)

Acknowledged before me on  10/23/2023  by means of ☐ physical presence or ☑ online notarization, by  Jason Goldstein , who _____ personally known to me or who ✔ produced  Driver License  as identification.

[Notary Seal: BRIAN GONZALEZ, Electronic Notary Public, Commonwealth of Virginia, Registration No. 7888096, My Commission Expires Aug 31, 2024]

*Brian Gonzalez*
Notary Public – State of Virginia
 Brian Gonzalez      My Commission Expires: 08/30/2024
Typed, printed or stamped name of Notary Public

Completed via Remote Online Notarization using 2 way Audio/Video technology.